United States District Court
Southern District of Texas
**ENTERED**
November 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JEFF KITCHEN | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:17–CV–00040 |
| | § | |
| BASF | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Order Adopting Magistrate's Memorandum and Recommendation, it is **ORDERED** that this matter be **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide copies of this judgment to the parties.

SIGNED at Galveston, Texas, this 6th day of November, 2018.

_____
George C. Hanks Jr.
United States District Judge